| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* 5:21CR50080-01 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* 2:25-cr-00117-JAD-DJA-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASE: Lori E. Weber | DISTRICT SOUTH DAKOTA | DIVISION WESTERN |
|---|---|---|
| | NAME OF SENTENCING JUDGE Roberto A. Lange, Chief Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 07/31/2024 — TO 07/30/2027 |

OFFENSE
CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Ms. Weber is a resident in the District of Nevada with no intentions of returning to South Dakota.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DIVISION OF THE DISTRICT OF SOUTH DAKOTA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_April 29, 2025_
Date

_Roberto A. Lange, Chief Judge_

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVEDA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5/1/2025
Effective Date

United States District Judge